John Martocci et al., Appellants, v Bowaskie Ice House, LLC, Defendant, and Daniel A. Boons, Respondent.

Submitted January 29, 2007; decided March 22, 2007

Motion for reargument of motion for leave to appeal denied [*see* 7 NY3d 916].

Judge Graffeo taking no part.

Mayor of the City of New York, Appellant, v Council of the City of New York, Respondent. Lillian Roberts, as Executive Director of District Council 37, AFSCME, AFL-CIO, et al., Intervenors-Respondents.

Submitted March 12, 2007; decided March 22, 2007

Motion by New York Conference of Mayors and Municipal Officials for leave to file a brief amicus curiae on the appeal herein granted. Two copies of the brief may be served and 24 copies filed within seven days.

North Shore Environmental Solutions, Inc., et al., Plaintiffs, and Jaro Zitnansky, Appellant, v Allen K. Glass et al., Respondents.

Submitted January 16, 2007; decided March 22, 2007

Motion for reargument of motion for leave to appeal denied [*see* 7 NY3d 717].

North Shore Environmental Solutions, Inc., et al., Plaintiffs, and Jaro Zitnansky, Appellant, v Allen K. Glass, et al., Respondents.

Submitted February 5, 2007; decided March 22, 2007

Motion for leave to appeal dismissed upon the ground that it does not lie (*see* CPLR 5602 [a]).